393 A.2d 433

In re ESTATE of Margaret S. WANDEL, Deceased.

Appeal of Barbara REITZ, Joan D. Gongaware and
Karen (Wandel) Powers.

Supreme Court of Pennsylvania.

Argued Sept. 21, 1978.

Decided Oct. 16, 1978.

E. David Harr, Greensburg, for appellant.

John W. Pollins, III, Hammer & Pollins, Greensburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each side to pay own costs.